PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

**Offender Name:** Salina MERJIL

**Docket Number:** 5:01MJ020667

**Offender Address:** Copperas Cove, Texas

**Judicial Officer:** Honorable Theresa A. Goldner
United States Magistrate Judge
Bakersfield, California

**Original Sentence Date:** 09/14/2004

**Original Offense:** 18 USC 13: CPC 242 - Battery
(CLASS B MISDEMEANOR)

**Original Sentence:** 12 months Limited Supervised Probation

**Special Conditions:** 100 hours community service; Limited supervised probation shall be terminated upon completion of community service and payment of the special assessment/restitution; Shall pay $120 restitution payable to the Clerk of the Court, U. S. District Court. Clerk of the Court will remit payment to the U. S. Air Force Claims Office, Edwards, California

**Type of Supervision:** Limited Supervised Probation

**Supervision Commenced:** 09/14/2004

**Assistant U.S. Attorney:** Captain Charles Hebner  **Telephone:** (661) 277-4317

**Defense Attorney:** Dawn Reichman   **Telephone:** (661) 274-2881

**Other Court Action:** None

**RE:    Salina MERJIL**
**Docket Number:   5:01-20667M**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     FAILURE TO COMPLETE COMMUNITY SERVICE**

**2.     FAILURE TO PAY RESTITUTION AND SPECIAL ASSESSMENT**

**Details of alleged non-compliance:**  On September 14, 2004, Ms. Merjil appeared before the Court for sentencing in reference to violation of 18 USC 13: CPC 242 - Battery.  Your Honor ordered 12 months Limited Supervised Probation and imposed the following special conditions: 1) 100 hours community service; 2) Termination of limited supervised probation upon completion of community service and payment of special assessment/ restitution, and 3) Further ordered, the defendant to pay $120 restitution, payable to the U. S. District Court Clerk.

On October 8, 2004, written notification was mailed to Ms. Merjil at her residence located at 702 Casa Drive, Apartment B, Copperas Cove, Texas 76522, instructing her as to the conditions of her Limited Supervised Probation.  On October 12, 2004, Ms. Merjil signed and dated the form to acknowledge the conditions of her Limited Supervised Probation.

On September 13, 2005, Ms. Merjil's term of Limited Supervised Probation expired without her successful completion of community service and payment of her restitution and special assessment.

Rev. 05/2006
VIOLATION__RPT NON-COMPLIANCE & ORDER (PROB12A1).MRG

**RE:**   **Salina MERJIL**
  **Docket Number:   5:01-20667M**
  <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

**United States Probation Officer Plan/Justification:**  Efforts by the undersigned officer to locate Ms. Merjil through her last reported address and through collateral contacts with her relatives have been unsuccessful.  The undersigned officer has completed a referral to the Financial Litigation Unit in Sacramento, California to provide notification of the expiration of Limited Supervised Probation and to allow their representatives to continue efforts to collect the restitution and special assessment financial obligation.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**
Telephone:  (661) 861-4124

**DATED:**   June 19, 2006
  Bakersfield, California
  LES:ks

/s/ Rick C. Louviere

**REVIEWED BY:** _____
**RICK C. LOUVIERE**
_____**Supervising United States Probation Officer**

**RE:    Salina MERJIL**
**Docket Number:   5:01-20667M**
**REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

(X )    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )    Submit a Request for Modifying the Conditions or Term of Supervision.

(  )    Submit a Request for Warrant or Summons.

(X )    Other:

Copies to be served on United States Probation, Assistant United States Attorney, and Assistant Federal Defender

IT IS SO ORDERED.

Dated:   **June 21, 2006**                        **/s/ Theresa A. Goldner**
**j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE

VIOLATION__RPT NON-COMPLIANCE & ORDER (PROB12A1).MRG

Rev. 05/2006